

**FILED**

S~P ~ 1 2012

Clerk, U.~ ~.strict & Bankruptcy
Courts for the District of Columbia

<u>**VIA U.S. MAIL**</u>

September 21, 2012

GKG.NET Domain Proxy Service
P.O. Box 1450
Bryan, TX 77806

Case: 1:12-mc-00507
Assigned To : Unassigned
Assign. Date : 9/21/2012
Description: Miscellaneous

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc.
(RIAA) and its member record companies. The RIAA is a trade association whose
member companies create, manufacture and distribute approximately ninety (90) percent
of all legitimate sound recordings sold in the United States.

We have determined that a user of your system or network has infringed our member
record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The
subpoena requires that you provide the RIAA with information concerning the individual
offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA
information sufficient to identify the infringer. This would include the individual's IP
address and e-mail address.

Thank you for your cooperation in this matter. If you have any questions please feel free
to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via
mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy
RIAA **RECEIVED**

SEP 2 1 2012

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

R E C O R D I N G   I N D U S T R Y   A S S O C I A T I O N   O F   A M E R I C A
1025 F STREET NW, 10TH FLOOR, WASHINGTON, DC  20004
202 775 0101  FAX  202 775 7253  WEB  www.riaa.com



**VIA U.S. MAIL**

September 21, 2012

GKG.NET Domain Proxy Service
P.O. Box 1450
Bryan, TX 77806

RE: http://descargaralbum.com/

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc.
(RIAA) and its member record companies. The RIAA is a trade association whose
member companies create, manufacture and distribute approximately eighty-five (85)
percent of all legitimate sound recordings sold in the United States. Under penalty of
perjury, we submit that the RIAA is authorized to act on behalf of its member companies
in matters involving the infringement of their sound recordings, including enforcing their
copyrights and common law rights on the Internet.

We believe your service is hosting the above-referenced website on its network. This
website offers direct links to files containing sound recordings for other users to
download by such artists as David Guetta, Michael Jackson, Daddy Yankee, Elton John,
and Green Day. We have a good faith belief that the above-described activity is not
authorized by the copyright owner, its agent, or the law. We assert that the information
in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity.
Specifically, we request that you remove the infringing files from the system, or that you
disable access to the infringing files, and that you inform the site operator of the illegality
of his or her conduct.

This e-mail does not constitute a waiver of any right to recover damages incurred by
virtue of any such unauthorized activities, and such rights as well as claims for other
relief are expressly retained.

You may contact me at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004, Tel. (202) 775-0101, or e-mail antipiracy@riaa.com, to discuss this notice.  We await your response.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy
RIAA

## DECLARATION OF MARK MCDEVITT

THE DISTRICT OF COLUMBIA    )
                                                 ) s.s.:
                                                 )

I, Mark McDevitt, the undersigned, declare that:

1.      I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2.      The RIAA is requesting the attached proposed subpoena that would order GKG.NET Domain Proxy Service disclose the identity, including IP address, of the user operating at the following URL:

      http://descargaralbum.com/

3.      The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this URL who has reproduced and has offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on September 21, 2012.

_____
Mark McDevitt

Issued by the

# United States District Court

_____DISTRICT OF _____Columbia_____

Recording Industry Association
Of America, Inc.

           vs                         SUBPOENA IN A CIVIL CASE

GKG.NET Domain Proxy Service
PO BOX 1450
Bryan, TX 77806

Case No. 12 - 507

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| | |
| --- | --- |
| | |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Information sufficient to identify the alleged infringer, including Internet Protocol address and e-mail address of the sound recordings described in the attached notification:**
URL address:
http://descargaralbum.com/

| PLACE  Recording Industry Association of America, Inc.<br>1025 F St. NW, 10th Floor<br>Washington, DC 20004 | DATE AND TIME<br>10 calendar days from date of service |
| --- | --- |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

      Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (indicate if attorney for Plaintiff or Defendant) Clerk | DATE |
| --- | --- |
| _signature_ ANGELA D. CAESAR | 9/21/12 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Clerk's Office**
**United States District Court for the District of Columbia**
**United States Courthouse**
**Washington, D.C. 20001**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# PROOF OF SERVICE

| SERVED | Date | Place |
|--------|------|-------|
| | | |

| SERVED ON (Print Name) | Manner of Service |
|---|---|
| | |

| SERVED ON (Print Name) | Title |
|---|---|
| | |

# DECLARATION OF SERVER

   I Declare under penalty of perjury under the law of the United States of America that the foregoing information contained in the Proof of Service is true and correct.


Executed on _____          _____
                          Date                                    Signature of Server


                                                      _____
                                                      Address of Server


                                                      _____

Rule 45, Federal Rules of Civil Procedure, Parts C & D

c)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

   (1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees

   (2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial

   (B)   Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises  If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded

   (3)(A)  On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

   (i)    fails to allow reasonable time for compliance,

   (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

   (iii)

   (iii)          requires disclosure of privileged or other protected matter and no exception or waiver applies, or

   (iv)          subjects a person to undue burden.

   (B)  If a subpoena

   (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or

   (ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

   (iii)          requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d)   DUTIES IN RESPONDING TO SUBPOENA

   (1)   A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand

   (2)   When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest                                                            the                                                                  claim